
FILED
DEC 1, 2005
UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA
By CE
                    Deputy

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,       )<br>          Plaintiff,     )<br>                                )<br>     vs.                        )<br>                                )<br>  D'Andre Tolbert               )<br>                                )<br>          Defendant(s).         )<br>                                )<br>_____) | ORDER REGARDING PREPARATION<br>FOR TRIAL<br><br>Case No. A05-0108-03-CR(JWS) |

**IT IS HEREBY ORDERED** as follows: If the defendant has not already done so, but intends to consent to proceed before the Magistrate Judge, the defendant shall execute and file the **Consent to Proceed Before the Magistrate Judge** form on or before _____. If the consent form is not timely filed by said date, this case will promptly be assigned to a U.S. District Judge for trial.

1. On or before the __5__ day of __December__, 20__05__ **counsel for the parties shall meet** and personally confer at an agreed time and place, or if an agreement cannot be reached by counsel, then they shall meet at 1:30 p.m. on the __5__ day of __December__, 20__05__, at the office of counsel for the plaintiff.

The purpose of the conference will be to accomplish on a mutual, reciprocal and voluntary basis all information and

