T. BURKE WONNELL
2600 Denali Street, Suite 460
Anchorage, Alaska 99503
(907)276-8008, (f)(907)278-8571

CJA Counsel for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 3:05-cr-108-3-JWS |
| ) | |
| Plaintiff, ) | |
| ) | **SCHEDULING AND PLANNING** |
| vs. ) | **REPORT** |
| ) | |
| D'ANDRE TOLBERT, ) | |
| ) | |
| Defendant. ) | |
| _____) | |

Pursuant to the Court's order of December 23, 2005, Defendant D'Andre Tolbert submits the following report. The undersigned has reviewed the Response On Behalf Of Defendant Shannon Dawn Rainey To Order Regarding Scheduling And Planning filed by co-Defendant Shannon Rainey, and in the interest of brevity agrees with and incorporates the body of that filing into this report. The only additional input from Defendant concerns the Court's suggestion concerning a more efficient plan for the payment of discovery costs in appointed-counsel cases.

The Court's suggestion that the government submit a monthly bill itemizing discovery costs in appointed-counsel cases has been suggested before in the context of a broader discussion about CJA counsel fronting costs during their appointments.

Although the undersigned does not recall exactly why, this suggestion was held to be unworkable. The result of the meeting was the current system of providing completed CJA-21 vouchers to the government instead of fronting the costs. Defendant agrees that a plan for the government to submit a monthly bill itemizing discovery costs in appointed-counsel cases is appealing from an efficiency standpoint, and would obviously support such a plan if it is in fact practical.

RESPECTFULLY SUBMITTED this 9th day of January, 2006.

T. BURKE WONNELL
CJA Counsel for Defendant
D'Andre Tolbert


By:_____/s/_____
    T. Burke Wonnell
    AK Bar No. 961004