T. BURKE WONNELL
2600 Denali Street, Suite 460
Anchorage, Alaska 99503
(907)276-8008, (f)(907)278-8571

CJA Counsel for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 3:05-cr-108-3 JWS |
| ) | |
| Plaintiff, ) | |
| ) | **NOTICE OF INTENT TO CHANGE** |
| vs. ) | **PLEA** |
| ) | |
| D'ANDRE TOLBERT, ) | |
| ) | |
| Defendant. ) | |
| _____) | |

COMES NOW Defendant D'Andre Tolbert, by and through undersigned counsel, and hereby gives notice of his intent to change his plea pursuant to a plea agreement to be filed separately.  Due to the unavailability of the undersigned, Defendant respectfully requests that a hearing for this purpose be scheduled after May 29, 2006.

RESPECTFULLY SUBMITTED this 22nd day of May, 2006.

By: s/ T. Burke Wonnell
CJA Counsel for Defendant
D'Andre Tolbert
2600 Denali St., Suite 460
Anchorage, AK 99503
Phone: (907)276-8008
E-mail:
tburkewonnell@alaska.net
AK Bar No. 9610049

CERTIFICATE OF SERVICE

I hereby certify that true and correct copies
of the foregoing were sent by electronic mail to:

Stephan A. Collins
D. Scott Dattan
Allan Beiswenger
Mike Dieni
Lance C. Wells
Raul Mendez
Hugh W. Fleischer
William B. Carey
Mark A. Rosenbaum
Scott A. Sterling
John C. Pharr


this 22nd day of May, 2006.


_____s/ T. Burke Wonnell_____
T. BURKE WONNELL