**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA**

UNITED STATES OF AMERICA   v.   D'ANDRE TOLBERT

THE HONORABLE JOHN W. SEDWICK

DEPUTY CLERK                          CASE NO. 3:05-cr-00108-03-JWS

Pam Richter

PROCEEDINGS: **MINUTE ORDER FROM CHAMBERS**        DATE: May 23, 2006

      The above-referenced matter had been set on for a jury trial to commence on June 5, 2006, before Judge Sedwick at Anchorage, Alaska. This matter is now RESCHEDULED for a proposed change of plea on Thursday, June 1, 2006, at 10:00 a.m..

      The June 5, 2006, final pre-trial conference and trial by jury as to this defendant are hereby VACATED.

[]{IK2.WPD*Rev.12/96}