T. BURKE WONNELL
2600 Denali Street, Suite 460
Anchorage, Alaska 99503
(907)276-8008, (f)(907)278-8571

CJA Counsel for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 3:05-cr-108-3 JWS |
| | ) | |
| Plaintiff, | ) | |
| | ) | **NON-OPPOSED MOTION TO** |
| vs. | ) | **CONTINUE SENTENCING DATE** |
| | ) | **ON SHORTENED TIME** |
| D'ANDRE TOLBERT, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

COMES NOW Defendant D'Andre Tolbert, by and through undersigned counsel, and hereby moves to continue sentencing in the above captioned case until the next available date after October 1, 2006.  The undersigned spoke with Assistant United States Attorney Stephan Collins on this date.  Mr. Collins agrees that the requested continuance is necessary under the present circumstances.

RESPECTFULLY SUBMITTED this 11th day of September, 2006.

By: s/ T. Burke Wonnell_____
CJA Counsel for Defendant
D'Andre Tolbert
2600 Denali St., Suite 460
Anchorage, AK 99503
Phone: (907)276-8008
E-mail:
tburkewonnell@alaska.net
AK Bar No. 9610049

CERTIFICATE OF SERVICE

I hereby certify that true and correct copies
of the foregoing were sent by electronic mail to:

Stephan A. Collins
Barbara D. Burton


this 11th day of September, 2006.


_____s/ T. Burke Wonnell_____
T. BURKE WONNELL