T. BURKE WONNELL  
2600 Denali Street, Suite 460  
Anchorage, Alaska 99503  
(907)276-8008, (f)(907)278-8571  

CJA Counsel for Defendant  

IN THE UNITED STATES DISTRICT COURT  

FOR THE DISTRICT OF ALASKA  

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 3:05-cr-108-3 JWS |
| ) | |
| Plaintiff, ) | **ORDER PERTAINING TO** |
| ) | **NON-OPPOSED MOTION TO** |
| vs. ) | **CONTINUE SENTENCING DATE** |
| ) | **ON SHORTENED TIME** |
| D'ANDRE TOLBERT, ) | |
| ) | |
| Defendant. ) | |
| _____) | |

It is hereby ordered that Defendant's Non-Opposed Motion To Continue Sentencing Date On Shortened Time dated September 11, 2006 is **GRANTED**. The parties shall appear for sentencing at _____A.M./P.M. on the _____ day of _____, 2006 in Courtroom _____.

_____          _____  
DATE                      HON. JOHN W. SEDWICK