## MINUTES OF THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ALASKA

UNITED STATES OF AMERICA   v.   D'ANDRE TOLBERT

THE HONORABLE JOHN W. SEDWICK   CASE NO.   3:05-cr-00108-03-JWS

Deputy Clerk

Robin M. Carter

APPEARANCES:   for PLAINTIFF:   ----

for DEFENDANT:   ----

PROCEEDINGS:   **ORDER FROM CHAMBERS**

It is hereby ordered that Defendant's Non-Opposed Motion to Continue Sentencing Date on Shortened Time dated September 11, 2006 is **GRANTED**.  The sentencing previously set for September 18, 2006 at 9:00 AM is **VACATED** and reset for October 6, 2006 at 9:00 AM.

DATE:  September 12, 2006

ENTERED AT JUDGE'S DIRECTION
INITIALS:  rmc
Deputy Clerk

[FORMS*IA*]